UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **25mj6669 – Valle**

**UNITED STATES OF AMERICA**

v.

**ZHULIN LI,**

    **Defendant.**
_____/

FILED BY ___AR___ D.C.
Nov 17, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation or consultations with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

Respectfully submitted,

JASON A. REDING-QUIÑONES
UNITED STATES ATTORNEY

BY: *Corey O'Neal*
COREY R. O'NEAL
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5503031
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954)660-5996
Email: Corey.O'Neal@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY ___AR___ D.C.
Nov 17, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

| | |
|---|---|
| United States of America<br>v.<br>Zhulin Li,<br>*Defendant(s)* | Case No. 25mj6669 – Valle |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 16, 2025** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1543 | Forgery or false use of a passport |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Christy Huffman, CBP
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by

Date: November 17, 2025

*Judge's signature*

City and state: Fort Lauderdale, Florida    Hon. Alicia O. Valle, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christy Huffman, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Customs and Border Protection (CBP) Enforcement Officer at the Fort Lauderdale International Airport and have been so employed since February 2008. I also served in this same capacity at the Miami Seaport, in Miami, Florida during this time. Prior to assuming this position, I was a CBP Officer at Miami International Airport and an Immigration Inspector with the United States Immigration and Naturalization Service in Columbus, New Mexico, and was employed by those agencies since March 2003. I am responsible for conducting criminal investigations of the criminal statutes contained in the Immigration and Nationality Act, as amended and related offenses contained in Titles 8 and 18 of the United States Code.

2. I submit this affidavit in support of a criminal complaint against Zhulin Li hereafter "LI". As explained below, there is probable cause to believe that, on or about November 16, 2025, in Broward County, in the Southern District of Florida, LI violated Title 18, United States Code, Section 1543, forgery or false use of a passport.

3. The facts contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation. I have not included in this affidavit every fact known to me about this investigation. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against LI for the above-described criminal violation.

**PROBABLE CAUSE**

4.     On or about November 16, 2025, Zhulin LI, a citizen and national of the People's Republic of China, arrived at Fort Lauderdale International Airport Terminal four via JetBlue Airlines Flight B6 #0038 from San Jose, Costa Rica. LI applied for entry to the United States by presenting South Korean passport (#M86342758) issued in the name, J.L, his true date of birth and photo on the biographical information page purportedly issued by the South Korean government. Upon arrival, LI appeared nervous to the primary inspection officer and was referred to secondary processing area for further inspection.

5.     During processing at CBP facilities at Fort Lauderdale International Airport, LI was unable to answer basic questions about his assumed country of origin and Korean citizenship. Inspection of his luggage revealed his Chinese passport bearing his true name, date of birth and photo. LI further stated during administrative interview that he had obtained the Korean passport from an unknown vendor in Madrid, Spain to whom he paid €500 and that he was also furnished a Korean national identification document (#8610221518357) by this individual. The Korean passport (M86342758) was confirmed during secondary forensic examination as being counterfeit, lacking multiple security features. LI went on to state the Korean passport which he presented for the purpose of obtaining entry to the United States was not issued by the Korean government or any government entity and that the passport was obtained by fraudulent means.

6.     LI's biographical data and fingerprints were entered into the Integrated Automated Fingerprint Identification System (IAFIS) which confirmed LI has no prior travel to the United States. Database research also confirmed that LI had applied for and was denied a U.S. visa on December 26, 2023, at the U.S. Consulate in Shenyang, China. Upon identification confirmation through his duly issued Chinese passport, LI was advised of his rights under *Miranda*. LI confirmed

that he understood his rights and elected to waive his rights and answer questions regarding his application for admission to the United States and his use of a counterfeit passport.

7. Records from U.S. Department of Homeland Security ("DHS") databases showed an application for travel to the United States was filed through the Visa Waiver Program via the Electronic System for Travel Authorization (ESTA) using the biographical information contained in the counterfeit passport. In addition to CBP research, extensive database searches were conducted by Department of State officials and Citizenship and Immigration Services to verify any possible applications for immigration benefits filed on behalf of LI. No such immigration records could be found.

8. Thereafter, on or about November 16, 2025, LI arrived in the United States via international air travel and presented himself as a Korean citizen by use of a counterfeit Korean passport obtained through fraudulent means at Fort Lauderdale-Hollywood International Airport in Broward County, Florida.

8. Records checks were performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if LI was granted permission for international travel through the parole process. No such records exist for LI in CBP databases that would grant LI permission to travel to the United States via the parole process. A Certificate of Non-Existence was sought and obtained from Citizenship and Immigration Services confirming no prior records of lawful permanent resident status or United States citizenship exist.

## CONCLUSION

9. Based on the facts set forth above, I respectfully submit that there is probable cause to believe that on or about November 16, 2025, in Broward County, in the Southern District of Florida, Zhulin Li committed a violation of Title 18, United States Code, Section 1543, forgery or false use of a passport.

**FURTHER AFFIANT SAYETH NAUGHT.**

*CMHuffman*
Christy Huffman
Enforcement Officer
U.S. Customs and Border Protection

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime on this 17th day of November 2025.

*Alicia O. Valle*
HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: _____

_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: *Corey O'Neal*

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)